THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
CITY OF BUFFALO, Appellant, *v.* THE PUBLIC SERVICE
COMMISSION OF THE STATE OF NEW YORK (SECOND
DISTRICT) et al., Defendants.

INTERNATIONAL RAILWAY COMPANY, Respondent.

*Public service commission — railroads — Buffalo (city of) — authority*
*of public service commission to increase rates of fare on street railway*
*in city of Buffalo.*

*People ex rel. City of Buffalo* v. *Public Service Commission,* 201
App. Div. 867, affirmed.

(Submitted October 2, 1922; decided October 17, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
April 4, 1922, which dismissed a writ of certiorari and
confirmed a determination of the public service commis-
sion fixing the rates of fare to be charged by the Inter-
national Railway Company, a street surface railroad
operating in the city of Buffalo.  It was contended that
the public service commission had no power to increase
rates of fare in Buffalo, because those rates were fixed
by the so-called Milburn Agreement between the city
of Buffalo and the predecessors in title and interest of
the International Railway Company, or else were fixed by
franchise consents, and that neither the legislature nor
the public service commission could alter these rates
without impairing the obligation of a contract between
the city of Buffalo and the International Railway
Company.

*William S. Rann, Corporation Counsel (George Clinton*
of counsel), for appellant.

*James C. Sweeney, Henry W. Killeen* and *Thomas
Penney* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
CRANE and ANDREWS, JJ.  Absent: MCLAUGHLIN, J.